UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   ___
    Government  X

v.                                       Case No. Case No. 3:11-cr-119-J-32JBT

BRANDON MEREDITH HARDY         ___ Evidentiary
                                                    X   Trial
                                                      ___ Other

    Defendant  X

### EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from "www.321gayteenchat.com" with April 23, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 1B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 23, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 1C | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 23, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 1D | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Image from Investigator McMullen's undercover Myspace page |
| 2A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 25, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 2B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 25, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 3A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 26, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 3B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 26, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 4A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 26, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 4B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 26, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 5A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 27, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 5B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 27, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 6A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 28, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 6B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 28, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 7A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 28, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 7B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 28, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 8A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Screen captures from Yahoo! Messenger with April 28, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 8B | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of April 28, 2011 online "chat" conversation between Brandon Meredith Hardy and Investigator McMullen |
| 9 | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | DVD containing video recording of the arrival, approach and arrest of Brandon Meredith Hardy at undercover residence on April 28, 2011 |
| 10 | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | DVD containing video recording of the arrest of Brandon Meredith Hardy at undercover residence on April 28, 2011 |
| 11 | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | DVD containing video recording of April 28, 2011 interview of Brandon Meredith Hardy |
| 12 | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Rights waiver form executed by Brandon Meredith Hardy on April 28, 2011 |
| 13 | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Compact disk containing audio recording of April 28, 2011 interview of Brandon Meredith Hardy |
| 13A | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Transcript of audio recording of April 28, 2011 interview of Brandon Meredith Hardy |
| 14 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of wallet recovered from Brandon Meredith Hardy |
| 15 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of military identification card of Brandon Meredith Hardy |
| 16 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Motorola Verizon cellular telephone recovered from Brandon Meredith Hardy |
| 16A | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of Motorola Verizon cellular telephone recovered from Brandon Meredith Hardy |

| | | EXHIBIT LIST | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 17 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of Chevrolet Cavalier (right front) |
| 18 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of license plate of Chevrolet Cavalier |
| 19 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of driver's seat and console of Chevrolet Cavalier |
| 20 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of open console inside Chevrolet Cavalier |
| 21 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of open console of Chevrolet Cavalier |
| 22 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of bottle of "Astroglide Sensual Strawberry" personal lubricant |
| 23 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Bottle of "Astroglide Sensual Strawberry" personal lubricant recovered from Brandon Meredith Hardy's car on April 28, 2011 |
| 24 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of HP Pavilion laptop computer inside Chevy Cavalier |
| 25 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | HP Pavilion laptop computer recovered from Brandon Meredith Hardy's car on April 28, 2011 |
| 26 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of HP Pavilion laptop computer recovered from Brandon Meredith Hardy's car on April 28, 2011 |
| 27 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of manufacturer label of HP Pavilion laptop computer |
| 28 | MAR 0 7 2012 | MAR 0 7 2012 | Chuck McMullen | Photo titled "!!!!!!z204.jpg recovered from HP Pavilion laptop computer |
| 29 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of TomTom GPS device attached to windshield of Chevrolet Cavalier |
| 30 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of TomTom GPS device (close up) showing trip destination |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 31 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | TomTom GPS device recovered from Brandon Meredith Hardy's car on April 28, 2011 |
| 32 | MAR 0 7 2012 | MAR 0 7 2012 | Aimee Monie | Photo of manufacturer label on TomTom GPS device recovered from Brandon Meredith Hardy's car on April 28, 2011 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |